UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Residence of Wallace Albert Harward, d.b.a.
Timber Creek Services, LLC
3026 Ward Road, Forest Hill, Maryland

Case No. 11 3879 BPG

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A which is attached hereto and incorporated herein by reference,

located in the _____ District of _____ Maryland _____, there is now concealed *(identify the person or describe the property to be seized)*:

See **Attachment B** which is attached hereto and incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
   X evidence of a crime;
   X contraband, fruits of crime, or other items illegally possessed;
   X property designed for use, intended for use, or used in committing a crime;
   ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 16 U.S.C. §§ 3372(a)(2) and 3372(d)(2) | Unlawfully Taken Wildlife |

The application is based on these facts:

See attached Affidavit of Special Agent Bryce A. Findley, which is attached hereto and incorporated herein by reference.

   ☐ Continued on the attached sheet.

   ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Bryce A. Findley
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9-8-11 2:15pm

*Judge's signature*

City and state: Baltimore, MD

Beth P. Gesner, United States Magistrate Judge
*Printed name and title*