AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the

District of Maryland

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

FEB 19 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

Residence of Wallace Albert Harward, d.b.a.
Timber Creek Services, LLC
3026 Ward Road, Forest Hill, Maryland

)
)
)
)  Case No.  11-3879 BPG
)
)
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of Maryland
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A which is attached hereto and incorporated herein by reference.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See **Attachment B** which is attached hereto and incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before  9-22-11
(not to exceed 14 days)

☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

_____
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____

Date and time issued:  9-8-11  2:15 pm   _____
                                              Judge's signature

City and state:  Baltimore, MD         Beth P. Gesner, United States Magistrate Judge
                                            *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 11 3879 BPG | Date and time warrant executed: 9/15/11 @ 8:12 am | Copy of warrant and inventory left with: Wallace Albert Harward |

Inventory made in the presence of: SA Ryan Bessey, DRAC Bruce Corley

Inventory of the property taken and name of any person(s) seized:

1. Camo Photo Album
2. Sixteen (16) rolls of undeveloped film
3. Miscellaneous documents
4. Three (3) ScanDisk (SD) memory cards
5. Miscellaneous business records
6. Twelve (12) digital video cassettes
7. Miscellaneous documents
8. Memory stick
9. Miscellaneous documents
10. Zyxel internet router.  (This item was returned to owner prior to departure.)
11. Miscellaneous documents
12. Three (3) 3 ½" floppy disks
13. US mail envelope containing various photos
14. Miscellaneous documents
15. Digital compass
16. 64 mb compact flash memory card
17. Documents with bait recipe
18. Miscellaneous documents
19. Miscellaneous photographs and documents
20. Five (5) 3 ½" floppy disks and one (1) compact disk
21. Miscellaneous documents

Page 1 of 2

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/21/11

*Executing officer's signature*

*Printed name and title*

Bruce Corley, DRAC

| Return | | |
|---|---|---|
| Case No.: 11 3879 BPG | Date and time warrant executed: 9/15/11 @ 8:12 am | Copy of warrant and inventory left with: Wallace Albert Harward |
| Inventory made in the presence of: SA Ryan Bessey, DRAC Bruce Corley | | |

*Inventory of the property taken and name of any person(s) seized:*

22. Two (2) compact disks and one (1) mini- compact disk
23. Business tax documents
24. Twelve (12) picture frames with photos, Maryland bear hunting regulations and Timber Creek Business card.
25. DD Image of Gateway 510 S/N: 1100553371, DD Image of Dell Inspiron Laptop, Service Tag: HDGLP11 (Seizure Tag#: 735504
26. DD Image of HP Touchsmart 310, S/N: 4C512404F6 (Seizure Tag#: 735505)

Nothing Follows

**Page 2 of 2**

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/21/11

*Executing officer's signature*

*Printed name and title*

Bruce Corley, DRAC